# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BOBBI CIABATTONI,**

          Plaintiff,

-vs-                                        Case No. 6:07-cv-618-Orl-28DAB

**ORLANDO REGIONAL HEALTHCARE SYSTEM, INC.,**

          Defendant.

---

## ORDER

This case is before the Court on Joint Motion for Approval of Settlement (Doc. No. 5) filed June 15, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 2, 2007 (Doc. No. 8) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The settlement terms with respect to the allegedly unpaid overtime claim of Plaintiff brought in this Fair Labor Standard Act case are **APPROVED**. The Court does not approve any other term of the Settlement Agreement for matters not alleged in the Complaint.

3.  This case is dismissed with prejudice.

4.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___22___ day of July, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party